IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF<br><br>JOSE LUIS CORREA GONZALEZ<br>XXX-XX-3630<br>Debtor(s)<br>_____ | CASE NO. 19-01722-MCF<br><br>CHAPTER 13<br>ASSET CASE |

REPLY TO THE TRUSTEE'S MOTION TO DISMISS
DATED JULY 17, 2020

**TO THE HONORABLE COURT**
**NOW COMES**, Debtor through the undersigned attorney and very respectfully states and prays as follows:

1. In December 18, 2019 Petitioner amended schedule I and J. In Schedule I Debtor reported his entire social security benefit of $1,011. In Schedule J debtor reported a monthly chapter 13 payment of $2,040. The above was based on the following premise as stated in our motion then: "Amended Schedule I is submitted to inform Debtor's social security benefit of $1,011 has been restored effective January 2020. As per conversation with attorney, Myriam Hernandez, ASUME representative; ASUME discontinued the Social Security Administration retention order of $600 on December 13, 2019".

2. Petitioner has informed us that, as of today, ASUME has continued with the Social Security Administration retention order of $600 (actually $621). See attached social security deposits of $414.40 in the bank statements.

3. Also, attached ASUME account summary. It reflects the payments of $621 received from the social security administration retention order.

4. Accordingly, Petitioner's monthly payment to the chapter 13 Trustee should be reduced. His arrears with ASUME have also been reduced and will continue to be reduced because of the direct payments received from the social security administration retention order still in effect.

5. Petitioner has informed us that he incurred in arrears for various reasons among them the following:

    A. Last Monday Petitioner was released from the Veteran's Hospital. He was admitted to the hospital on an emergency basis from a fall he suffered. With the fall he bruised several ribs, one of his hands and one of his legs. He was in the hospital for approximately 11 days.

    B. Petitioner's mother retirement pay direct deposit, for reasons unknown, was stopped from the middle of February 2020 through May 2020. During that time he helped her with her rent payment and food expenses.

    C. Petitioner also suffered a minor car accident. His vehicle is in need of repairs.

6. Petitioner is filing amended schedule I and J and amended plan.

**WHEREFORE**, for the above stated reasons it is respectfully requested from this Honorable Court to enter an order denying the trustee's motion to dismiss.

**I HEREBY CERTIFY**: that a copy of this motion was electronically filed by debtor using the CM/ECF System which will send a notification to the standing Chapter 13 Trustee and to all registered interested parties. In addition, a copy of this motion was sent by debtor's attorney to the debtor at the address of record and to all creditors and parties in interest appearing in the master address list not registered in CM/ECF.

**RESPECTFULLY SUBMITTED**
**IN CAROLINA, PUERTO RICO, AUGUST 21, 2020.**

                      **/s/ Ramón F. López**
                      **RAMON F. LOPEZ, ESQ. (203813)**
                      **RAMON F. LOPEZ LAW OFFICES, P.S.C.**
                      **ATTORNEY FOR THE ABOVE NAMED DEBTOR**
                      **PO BOX 34173**
                      **FT BUCHANAN PR 00934**
                      **PHONE (787) 276-0196**
                      **RAMONLOPEZLAW@GMAIL.COM**



# Servicios en Línea

| | |
|---|---|
| Número de caso: | 0257218 |
| Nombre de PNC: | Jose L Correa Gonzalez |
| Núm. de participante: | 000000001149157 |

| Fecha de recibido | Cantidad de Pago | Referencia |
|---|---|---|
| 08/05/2020 | $540.00 | 030012484 |
| 08/03/2020 | $621.60 | 029996498 |
| 07/03/2020 | $541.20 | 029865869 |
| 07/02/2020 | $621.60 | 029856588 |
| 06/03/2020 | $621.60 | 029691614 |
| 05/01/2020 | $621.60 | 029534324 |
| 04/03/2020 | $621.60 | 029424009 |
| 03/06/2020 | $1,212.70 | 029297768 |
| 03/03/2020 | $621.60 | 029278414 |
| 02/03/2020 | $621.60 | 029136706 |

Página 1 de 4.  « ‹ › »



| Description | Amount | Date |
|---|---|---|
| | - $41.96 | 04/01/2020 |
| ECONO FACUNDO VILLA CAR | - $104.78 | 04/01/2020 |
| ATH WITHDRAWAL WALGREENS PLAZA CAROLINA BPPR ON 04/01/20 | - $60.00 | 04/02/2020 |
| TMOBILEAUTO PAY ON 04/01/20 | - $133.48 | 04/02/2020 |
| AUTORIDAD DE ACUEDUCTOS | - $25.53 | 04/02/2020 |
| SSA TREAS 310 XXSOC SEC | + $414.40 | 04/03/2020 |
| SEP SHELL SERVICES | - $9.75 | 04/03/2020 |
| TELEPAGO TRANSFERENCIA A CUENTA AHORROS | - $42.00 | 04/03/2020 |
| ATH WITHDRAWAL BPPR PLAZA CAROLINA 1 ON 04/04/20 | - $100.00 | 04/06/2020 |







AR RESOURCES
PO Box 1056
Blue Bell, PA 19422

ASUME
PO BOX 70376
San Juan, PR 00936

BANCO SANTANDER
PO BOX 362589
San Juan, PR 00936-2589

BANCO SANTANDER
PO BOX 362589
San Juan, PR 00936-2589

BANK OF AMERICA
PO BOX 982238
El Paso, TX 79998-2235

CARLOS LOZADA
URB. VILLA CAROLINA
AVE. SANCHEZ OSORIO

CARMEN L. DIAZ MARRERO
URB. VILLA FONTANA
VIA 62 3BN7
Carolina, PR 00983

CLARO
PO BOX 70367
San Juan, PR 00936-8367

CMRE
3075 IMPERIAL HWY
SUITE 200
Brea, CA 92821

COX
P.O. Box 78071
Phoenix, AZ 85062-8071

HOME DEPOT
PO BOX 9001010
Louisville, KY 40290-1010

NAVY FEDERAL CREDIT UNION
PO BOX 3000
Merrifield, VA 22119-3000

PROGRESSIVE MANAGMENT SYSTEM
1521 WEST CAMERON AVENUE
West Covina, CA 91790

T-MOBILE
654 AVE MUNOZ RIVERA
SUITE 2
San Juan, PR 00918