IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF<br><br>JOSE LUIS CORREA GONZALEZ<br>XXX-XX-3630<br>DEBTOR(S) | CASE NO. 19-01722-MCF<br><br>CHAPTER 13<br><br>ASSET CASE |

**REPLY TO TRUSTEE'S OBJECTION TO PROPOSED POST CONFIRMATION PLAN MODIFICATION UNDER SECTION 1329**

**TO THE HONORABLE COURT**
**NOW COMES**, Debtor through the undersigned attorney and very respectfully states and prays as follows:

1. The plan is sufficiently funded to pay in full the priority claim to ASUME thru the plan. See plan sections 2.1, 8.3 and 8.5.

2. Debtor has evidenced that he is paying part of the arrears claimed by ASUME directly from the Social Security Administration. See exhibits to docket 55 petitioner's bank statements and petitioner's ASUME online certification. See also paragraph 2 lines 8 thru 11 at docket 59. Debtor has submitted evidence of the payments made to ASUME.

3. Debtor need not consider requesting the amendment to ASUME'S claim. The monthly payments to ASUME by the Social Security Administration have been and will continue to be recurrent.

4. Debtor has already considered that the plan "shall provide for the full payment, in deferred cash payments, of all claims entitled to priority under section 507 of this title, unless the holder of a particular claim agrees to a different treatment of such claim". See paragraph 4 lines 7 to end at docket 59.

5. The certification from ASUME has already been submitted. See exhibit to docket 55.

**WHEREFORE**, for the above stated reasons it is respectfully requested from this Honorable Court approve Debtor's post confirmation modified plan dated 8/17/2020.

**I HEREBY CERTIFY**: that a copy of this motion was electronically filed by debtor using the CM/ECF System which will send a notification to the standing Chapter 13 Trustee and to all registered interested parties. In addition, a copy of this motion was sent by debtor's attorney to the debtor at the address of record and to all creditors and parties in interest appearing in the master address list not registered in CM/ECF.

**RESPECTFULLY SUBMITTED**
**IN CAROLINA, PUERTO RICO, OCTOBER 21, 2020.**

> /s/ Ramón F. López
> **RAMON F. LOPEZ, ESQ. (203813)**
> **RAMON F. LOPEZ LAW OFFICES, P.S.C.**
> **ATTORNEY FOR THE ABOVE NAMED DEBTOR**
> **PO BOX 34173**
> **FT BUCHANAN PR 00934**
> **PHONE (787) 276-0196**
> ramonlopezlaw@gmail.com



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración para el Sustento de Menores

Fecha de emisión: **10/20/2020**
*Issue date:*

## HISTORIAL DE PAGOS DE PENSION
*Child Support Payment History*

**Número de caso:** 0257218
*Case number:*

**Persona custodia:** MARIBEL GARCIA BARRETO  **Persona no custodia:** JOSE CORREA GONZALEZ
*Custodial person:*  *Non custodial person:*

**Balance:** $42,088.31  **Pensión:** $0.00  **Frecuencia:**
*Arrears due:*  *Support Established:*  *Payment frequency:*

| Fecha de pago / Payment date | Cantidad del pago / Payment amount | Número de transacción / Transaction number |
|---|---|---|
| 10/5/2020 | $1,188.00 | 030300811 |
| 10/2/2020 | $621.60 | 030288354 |
| 9/3/2020 | $621.60 | 030152320 |
| 9/3/2020 | $400.00 | 030152320 |
| 8/5/2020 | $540.00 | 030012484 |
| 8/3/2020 | $621.60 | 029996498 |
| 7/3/2020 | $541.20 | 029865869 |
| 7/2/2020 | $621.60 | 029856588 |
| 6/3/2020 | $621.60 | 029691614 |

El historial de pagos de pensión alimentaria solo abarca los pagos realizados durante los últimos 18 meses. Este documento contiene información del sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la Persona Custodia no se registran. En aquellos casos en los que la familia recibe o recibió asistencia económica, la cantidad del pago responde al dinero distribuido luego del ajuste correspondiente por concepto de los beneficios recibidos. El número de transacción 0 corresponde a pagos recibidos, pero no distribuidos por razones reglamentarias. De usted identificar discrepancias en la información obtenida a través de este medio, tiene el deber de comunicarse o acudir a la oficina local correspondiente de la ASUME con el propósito de aclarar la misma. "R" significa reembolso al pagador.

*This Child support payment history only shows payments made during the last 18 months. This document contains information from the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are not registered. In cases where the family receives or received TANF payments, the payment amount means money distributed after the corresponding adjustment was made for benefits received. Transaction number 0 means an undistributed collection due to regulatory reasons. If you identify any discrepancies with the information displayed in our page, please contact or visit your corresponding ASUME local office for clarification. "R" means reimbursement to the payor.*

Página 1 de 3

...



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración para el Sustento de Menores

Fecha de emisión: **10/20/2020**
*Issue date:*

## HISTORIAL DE PAGOS DE PENSION

*Child Support Payment History*

| Fecha de pago / Payment date | Cantidad del pago / Payment amount | Número de transacción / Transaction number |
|---|---|---|
| 5/1/2020 | $621.60 | 029534324 |
| 4/3/2020 | $621.60 | 029424009 |
| 3/6/2020 | $1,212.70 | 029297768 |
| 3/3/2020 | $621.60 | 029278414 |
| 2/3/2020 | $621.60 | 029136706 |
| 1/3/2020 | $621.60 | 028997826 |
| 12/3/2019 | $616.20 | 028847809 |
| 12/2/2019 | $255.79 | 028836388 |
| 11/4/2019 | $255.79 | 028712220 |
| 11/1/2019 | $616.20 | 028698990 |
| 10/4/2019 | $255.79 | 028567504 |
| 10/3/2019 | $616.20 | 028557451 |
| 9/5/2019 | $255.79 | 028419801 |
| 9/3/2019 | $616.20 | 028398412 |
| 8/6/2019 | $255.79 | 028278123 |

El historial de pagos de pensión alimentaria solo abarca los pagos realizados durante los últimos 18 meses. Este documento contiene información del sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la Persona Custodia no se registran. En aquellos casos en los que la familia recibe o recibió asistencia económica, la cantidad del pago responde al dinero distribuido luego del ajuste correspondiente por concepto de los beneficios recibidos. El número de transacción 0 corresponde a pagos recibidos, pero no distribuidos por razones reglamentarias. De usted identificar discrepancias en la información obtenida a través de este medio, tiene el deber de comunicarse o acudir a la oficina local correspondiente de la ASUME con el propósito de aclarar la misma. "R" significa reembolso al pagador.

*This Child support payment history only shows payments made during the last 18 months. This document contains information from the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are not registered. In cases where the family receives or received TANF payments, the payment amount means money distributed after the corresponding adjustment was made for benefits received. Transaction number 0 means an undistributed collection due to regulatory reasons. If you identify any discrepancies with the information displayed in our page, please contact or visit your corresponding ASUME local office for clarification. "R" means reimbursement to the payor.*

Página 2 de 3



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración para el Sustento de Menores

Fecha de emisión: **10/20/2020**
*Issue date:*

## HISTORIAL DE PAGOS DE PENSION
*Child Support Payment History*

| Fecha de pago<br>*Payment date* | Cantidad del pago<br>*Payment amount* | Número de transacción<br>*Transaction number* |
|---|---|---|
| 8/2/2019 | $616.20 | 028259671 |
| 7/8/2019 | $255.79 | 028135139 |
| 7/3/2019 | $616.20 | 028117263 |
| 6/3/2019 | $255.79 | 027969438 |
| 6/3/2019 | $616.20 | 027969438 |
| 5/3/2019 | $616.20 | 027831192 |
| 5/2/2019 | $855.79 | 027823714 |

El historial de pagos de pensión alimentaria solo abarca los pagos realizados durante los últimos 18 meses. Este documento contiene información del sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la Persona Custodia no se registran. En aquellos casos en los que la familia recibe o recibió asistencia económica, la cantidad del pago responde al dinero distribuido luego del ajuste correspondiente por concepto de los beneficios recibidos. El número de transacción 0 corresponde a pagos recibidos, pero no distribuidos por razones reglamentarias. De usted identificar discrepancias en la información obtenida a través de este medio, tiene el deber de comunicarse o acudir a la oficina local correspondiente de la ASUME con el propósito de aclarar la misma. "R" significa reembolso al pagador.

*This Child support payment history only shows payments made during the last 18 months. This document contains information from the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are not registered. In cases where the family receives or received TANF payments, the payment amount means money distributed after the corresponding adjustment was made for benefits received. Transaction number 0 means an undistributed collection due to regulatory reasons. If you identify any discrepancies with the information displayed in our page, please contact or visit your corresponding ASUME local office for clarification. "R" means reimbursement to the payor.*

**Departamento de la Familia**
Administración para el Sustento de Menores

Fecha de Emisión: 10/20/2020
*Issue date:*

## CERTIFICACION
### *CERTIFICATE*

Nuestro sistema mecanizado contiene la siguiente información:
*Our automated case management system has the following information:*

A JOSE L CORREA GONZALEZ se le estableció una orden de alimentos, mediante Sentencia, Orden o Resolución.
*JOSE L CORREA GONZALEZ has a child support order established through Judgment, Order or Decision.*

| Caso / *Case* | Pensión Fijada / *Support Established* | Frecuencia de Pago / *Payment Frequency* | Fecha Último Pago / *Last Payment Date* | Balance adeudado / *Arrears Due* | Plan de Pagos / *Payment plan* | Frecuencia Plan de Pagos / *Payment plan frequency* | Fecha en que se estableció Plan de Pagos / *Payment Plan establishment date* | Fecha último pago registrado del Plan de Pagos / *Date of last payment for payment plan* |
|---|---|---|---|---|---|---|---|---|
| 0257218 | $0.00 | | 10/5/2020 | $42,088.31 | | | | |

En este caso los alimentistas NO recibieron asistencia económica del Programa Ayuda Temporal a Familias Necesitadas 'TANF'.
*In this case, the obligees received NO economic assistance from the Temporary Assistance for Needy Families Program (TANF).*

JOSE L CORREA GONZALEZ SI se encuentra acogido/a a la Ley de Quiebras.
*JOSE L CORREA GONZALEZ IS under the protection of the Bankruptcy Act.*

Tiene __1__ obligación(es) de pagos de pensión(es) alimentaria(s) a través de ASUME.
*Has __1__ child support obligation(s) through the ASUME*

Recibe pensión alimentaria a través de ASUME en __0__ caso(s):
*Receives child support through ASUME in __0__ case(s):*

Este documento resume la información contenida en el sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la persona custodia no se registran como pagos de pensión alimentaria ni plan de pago. Deberá acudir a la oficina de la ASUME donde está asignado su caso para solicitar la acreditación de pagos efectuados fuera de ASUME. El balance de esta Certificación no incluye el mes en que fue expedida. La información de este documento es válida por treinta (30) días, a partir de la fecha de su emisión.
*This document summarizes the information contained in the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are neither registered as child support payments nor as payments made for the payment plan. You must visit the ASUME office to which your case is assigned in order to request to credit those payments. The balance in this Certificate does not include the current month when it was issued. The information contained in this document is valid for thirty (30) days from its issue date.*

2020100920201108433606

NOTA DE CONFIDENCIALIDAD: La información contenida en este documento y cualquier anejo del mismo es confidencial y privilegiada y tiene el propósito de que sólo sea utilizado por la persona identificada en el mismo.

*CONFIDENTIALITY NOTE: The information contained in this document and any attachment is confidential and privileged and has the purpose of being used only by the person identified in it.*

Para validar la información contenida en este certificado, favor acceder a http://www.pr.gov/validacionelectronica/.
*To validate the information herein, please access http://www.pr.gov/validacionelectronica/.*

ASM-526
REV 02/15



JOSE L CORREA GONZALEZ
VILLA FONTANA
BN7 VIA 62
CAROLINA PR  00983

223-049396
ACCESO POPULAR

13562

Este estado cubre sus transacciones después del 14 de agosto de 2020 hasta el 15 de septiembre de 2020.     Página 1

| Balance inicial | + Créditos | - Cheques/Débitos | - Cargos | = Balance final |
|---|---|---|---|---|
| 63 | 3,727.30 | 4,053.56 | 2.00 | 17.37 |

Y ELECTRÓNICOS

| Descripción | Cantidad |
|---|---|
| Transf. ATH   08-18  5228  BPPR Plaza Carolina 3 | 10.00 |
| Crédito   08-18  4549516586194206  Amzn Mktp US   Amzn.Com/ Wa | 23.68 |

| Fecha | Descripción | Cantidad |
|---|---|---|
| 09-01 | Depósito   XXXXXX3600  Vacp Treas 310  Xxva Benef | 3,279.22 |
| 09-03 | Depósito   XXX-XX-3630  Ssa Treas 310  Xxsoc Sec | 414.40 |

ELECTRÓNICOS

| Descripción | Cantidad |
|---|---|
| Retiro ATH   08-17  9231  BPPR Plaza Carolina 1 | 150.00 |
| Pago   08-17  XXXXXXXXXXXX1666 | |

| Fecha | Descripción | Cantidad |
|---|---|---|
| 09-02 | Pago   09-01 XXXXXXXXXXXX4206  Tmobile*postpaid 800-937-8 Wa | 118.63 |
| 09-02 | Pago   09-02 XXXXXXXXXXXX1666 | 8.54 |

**19-01722-MCF13** JOSE LUIS CORREA GONZALEZ
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v US BANKRUPTCY
**JUDGE:** MILDRED CABAN FLORES
**Date filed:** 03/29/2019 **Date of last filing:** 10/11/2020 **Plan confirmed:** 01/27/2020

# Creditors

| | |
|---|---|
| **AR RESOURCES**<br>PO Box 1056<br>Blue Bell, PA 19422 | (4700823)<br>(cr) |
| **ASUME**<br>PO BOX 70376<br>San Juan, PR 00936 | (4700824)<br>(cr) |
| **ASUME-MARIBEL GARCIA BARRETO**<br>PO BOX 71316 SAN JUAN PR 00936-8416 | (4718640)<br>(cr) |
| **BANCO POPULAR DE PUERTO RICO**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | (4705429)<br>(cr) |
| **BANCO SANTANDER**<br>PO BOX 362589<br>San Juan, PR 00936-2589 | (4700825)<br>(cr) |
| **BANCO SANTANDER**<br>PO BOX 362589<br>San Juan, PR 00936-2589 | (4700826)<br>(cr) |
| **BANK OF AMERICA**<br>PO BOX 982238<br>El Paso, TX 79998-2235 | (4700827)<br>(cr) |
| **CARLOS LOZADA**<br>URB. VILLA CAROLINA<br>AVE. SANCHEZ OSORIO | (4700828)<br>(cr) |
| **CARMEN L. DIAZ MARRERO**<br>URB. VILLA FONTANA<br>VIA 62 3BN7<br>Carolina, PR 00983 | (4700829)<br>(cr) |
| **CLARO**<br>PO BOX 70367<br>San Juan, PR 00936-8367 | (4700830)<br>(cr) |
| **CMRE** | (4700831) |

3075 IMPERIAL HWY  
SUITE 200  
Brea, CA 92821

(cr)

**COX**  
P.O. Box 78071  
Phoenix, AZ 85062-8071

(4700832)  
(cr)

**HOME DEPOT**  
PO BOX 9001010  
Louisville, KY 40290-1010

(4700833)  
(cr)

**NAVY FEDERAL CREDIT UNION**  
PO BOX 3000  
Merrifield, VA 22119-3000

(4700834)  
(cr)

**Oriental Bank**  
Retail Operation & Collections  
Box 364745,  
San Juan, P.R. 00936-4745  
Att.: Ramn A. Snchez Marrero

(4705063)  
(cr)

**PROGRESSIVE MANAGMENT SYSTEM**  
1521 WEST CAMERON AVENUE  
West Covina, CA 91790

(4700835)  
(cr)

**PYOD, LLC**  
Resurgent Capital Services  
PO Box 19008  
Greenville, SC 29602

(4724628)  
(cr)

**T-MOBILE**  
654 AVE MUNOZ RIVERA  
SUITE 2  
San Juan, PR 00918

(4700836)  
(cr)

**WANDA I RODRIGUEZ DE JESUS**  
1131 AVE JESUS T PINERO  
SAN JUAN PR 00920

(4709365)  
(cr)