**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF** | **CASE NO. 19-01722-MCF** |
| **JOSE LUIS CORREA GONZALEZ**<br>XXX-XX-3630<br>Debtor(s) | **CHAPTER 13<br>ASSET CASE** |

**REPLY TO TRUSTEE'S OBJECTION TO PROPOSED POST CONFIRMATION
PLAN MODIFICATION UNDER SECTION 1325**

**TO THE HONORABLE COURT:**

**NOW COMES**, debtor through the undersigned attorney and very respectfully prays and states as follows:

1. Debtor will be current with the chapter 13 Trustee on or before February 2, 2021. This is a 100% plan.

2. The plan is sufficiently funded to pay in full the priority claim to ASUME through the plan. However, not all through the chapter 13 trustee. See plan provisions 2.1, 8.3, and 8.5. They are self-explanatory. Debtor has demonstrated as amended schedule I, with its social security administration reduced deposit of $414 approximately a month still in effect today, dated August 17, 2020 at DK 54 reflects; that he is in fact paying, together with the chapter 13 trustee, the arrears claimed by ASUME directly from the Social Security Administration retention order of approximately $621.20 monthly still in effect today. See prior schedule I dated December 18, 2019 at DK 36 that reflected his entire social security benefit of approximately $1,011 as income. See also ASUME certification, attached to DK 63, where it reflects that ASUME has been and will continue to receive payments of approximately $621.20 from debtor's social security administration retention order. Attached more evidence in support of these payments. Also attached more evidence in support of his social security administration reduced deposits (see DK 55 exhibits). The plan has been paying in full the ASUME claim. Debtor has demonstrated the payments made to ASUME.

3. Debtor need not consider requesting the amendment of ASUME claim. See bankruptcy code section 362 (b) (2) (C)... "The filing of a petition under section 301, 302, or 303 of this title, or of an application under section 5(a) (3) of the Securities Investor Protection Act of 1970, does not operate as a stay...- under subsection (a) - ...with respect to the withholding of

income that is property of the estate or property of the debtor for payment of a domestic support obligation under a judicial or administrative order or a statute…"; See also paragraph 2 in DK 59.

4. The proposed post confirmation modified plan dated August 17, 2020 complies with 11 USC 1322 (a) (2) it does provide for the full payment, in deferred cash payment, of all claims entitled to priority under section 507 of this title, unless the holder of a particular claim agrees to a different treatment of such claim. See paragraph 3 and 4 in DK 59.

5. The certificate from ASUME dated October 20, 2020,(exhibit at DK 63) twenty months after the case was filed reflects the balance owed to ASUME ($42,088.31) at the time. It reflects that ASUME has been receiving payments both from the Chapter 13 Trustee and from the social security administration retention order. Debtor understands that such amount reflects a reduced ASUME balance from its original claim.

**WHEREFORE**, it is respectfully requested from this Honorable Court to approve Debtors' post confirmation modified plan dated 8/17/2020.

**I HEREBY CERTIFY**: that a copy of this motion was electronically filed by debtors using the CM/ECF System which will send a notification to the standing Chapter 13 Trustee and to all registered interested parties. In addition, a copy of this motion was sent by debtors' attorney to the debtors at the address of record and to all creditors and parties in interest appearing in the master address list not registered in CM/ECF.

**RESPECTFULLY SUBMITTED**
**IN CAROLINA, PUERTO RICO, FEBRUARY 1, 2021.**

**/s/ Ramón F. López**
**RAMON F. LOPEZ, ESQ. (203813)**
**RAMON F. LOPEZ LAW OFFICES, P.S.C.**
**ATTORNEY FOR THE ABOVE NAMED DEBTOR**
**PO BOX 34173**
**FT BUCHANAN PR 00934**
**PHONE (787) 276-0196**
**RLR.CAR@GMAIL.COM**



**GOBIERNO DE PUERTO RICO**
Departamento de la Familia
Administración para el Sustento de Menores

Fecha de emisión: 2/1/2021
*Issue date:*

**CERTIFICACION**
*CERTIFICATE*

Nuestro sistema mecanizado contiene la siguiente información:
*Our automated case management system has the following information:*

A JOSE L CORREA GONZALEZ se le estableció una orden de alimentos, mediante Sentencia, Orden o Resolución.
*A child support order for the benefit of JOSE L CORREA GONZALEZ was established through Judgment, Order or Decision.*

| Caso<br>*Case* | Pensión fijada<br>*Support established* | Frecuencia de pago<br>*Payment frequency* | Fecha último pago<br>*Last Payment Date* | Balance adeudado<br>*Balance* | Plan de pagos<br>*Payment plan* | Fecha en que se estableció plan de pagos<br>*Payment plan establishment date* | Fecha último pago registrado del plan de pagos<br>*Date of last payment for payment plan* | Asistencia Económica (TANF)<br>*Assistance for Needy Families Program (TANF)* |
|---|---|---|---|---|---|---|---|---|
| 0257218 | $0.00 | | 1/6/2021 | $39,330.01 | $0.00 | | | |

JOSE L CORREA GONZALEZ SI se encuentra acogido/a a la Ley de Quiebras.
*JOSE L CORREA GONZALEZ IS under the protection of the Bankruptcy Act.*

Tiene **1** obligación(es) de pagos de pensiones alimentarias a través de ASUME.
*Has* **1** *child support obligation(s) through the ASUME*

Recibe pensión alimentaria a través de ASUME en **0** caso(s):
*Receives child support through ASUME in* **0** *case(s):*

Este documento resume la información contenida en el sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la persona custodia no se registran como pagos de pensión alimentaria ni plan de pago. Deberá acudir a la oficina de ASUME donde está asignado su caso para solicitar la acreditación de pagos efectuados fuera de ASUME. El balance de esta Certificación no incluye el mes en que fue expedida. La información de este documento es válida por treinta (30) días, a partir de la fecha de su emisión.

*This document summarizes the information contained in the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are neither registered as child support payments nor as payments made for the payment plan. You must visit the ASUME office to which your case has been assigned in order to request to credit these payments. The balance of this Certificate does not include the current month when it was issued. The information contained in this document is valid for thirty (30) days from its issue date.*

20210201202103036948014

NOTA DE CONFIDENCIALIDAD: La información contenida en este documento y cualquier anejo del mismo es confidencial y privilegiada y tiene el propósito de que sólo sea utilizado por la persona identificada en el mismo.
*CONFIDENTIALITY NOTE: The information contained in this document and any attachment is confidential and privileged and has the purpose of being used only by the person identified in it.*

Para validar la información contenida en este certificado, favor acceder a http://www.pr.gov/validacionelectronica/.
*To validate the information herein, please access http://www.pr.gov/validacionelectronica/.*

ASM-526
REV 07/09



223-049396
ACCESO POPULAR

de 2020 hasta el 14 de diciembre de 2020.    Página 1

|  | - Cargos | = Balance final |
|---|---|---|
| itos |  2.00 | 13.99 |

| Fecha | Descripción |  |  | Cantidad |
|---|---|---|---|---|
| 12-03 | Depósito | XXX-XX-3630 |  | 414.40 |
|  | Ssa Treas 310  Xxsoc Sec |  |  |  |
| 12-07 | Transf. ATH | 12-07 9735 |  | 40.00 |
|  | BPPR Plaza Carolina 1 |  |  |  |
| 12-07 | ATH movil | 12-05 105814 |  | 26.00 |
|  | Movil      2965 |  |  |  |

| Fecha | Descripción |  | Cantidad |
|---|---|---|---|
| 12-01 | Pago | 12-01 XXXXXXXXXXXXX1666 | 102.40 |
|  | La Familia Casa D Carolina  PR |  |  |
| 12-01 | Pago | 12-01 XXXXXXXXXXXXX1666 | 87.45 |
|  | Ngx Military Stor Carolina  PR |  |  |
| 12-02 | ATH movil | 12-01 666435 | 20.50 |
|  | Movil      1166 |  |  |
| 12-02 | ATH movil | 12-01 943975 | 5.50 |
|  | Movil      1166 |  |  |
| 12-02 | Pago | 12-01 XXXXXXXXXXXXX1666 | 17.12 |
|  | Sushi Boat Japane Carolina  PR |  |  |
| 12-02 | Pago | 12-01 XXXXXXXXXXXXX4206 | 118.6 |
|  | Tmobile*auto Pay 800-937-8 Wa |  |  |
| 12-02 | Pago | 12-02 XXXXXXXXXXXXX1666 | 47. |
|  | Tiendas Capri 09 Carolina  PR |  |  |
| 12-03 | Pago | 12-03 XXXXXXXXXXXXX1666 | 10 |
|  | Wendys 01 Carolin Carolina  PR |  |  |
| 12-03 | Pago | 12-03 XXXXXXXXXXXXX4206 | 5 |



**BANCO POPULAR.**

223-049396
ACCESO POPULAR

)20 hasta el 13 de enero de 2021.          Página 1

| - Cargos | = Balance final |
|---|---|
| 4.00 | 1,115.38 |

| Descripción | | Cantidad |
|---|---|---|
| **Depósito** | XXX-XX-3630 | |
| Ssa  Treas 310   Xxsoc Sec | | (418.80) |

| Descripción | | Cantidad |
|---|---|---|
| **Pago** | 01-01 XXXXXXXXXXXX4206 | |
| Tmobile*auto Pay  800-937-8 Wa | | 118.63 |
| **Pago** | 01-02 XXXXXXXXXXXX1666 | |
| Sep Shell Service Carolina | | 5.00 |
| **Pago** | 01-02 XXXXXXXXXXXX1666 | |
| Ngx Military Stor Carolina  PR | | 47.97 |
| **Pago** | 01-02 XXXXXXXXXXXX1666 | |
| Econo Facundo Plz Carolina  PR | | |
| **Pago** | 01-03 X | |
| Econo Facundo | | |
| **Pago** | | |

AR RESOURCES
PO Box 1056
Blue Bell, PA 19422

ASUME
PO BOX 70376
San Juan, PR 00936

BANCO SANTANDER
PO BOX 362589
San Juan, PR 00936-2589

BANCO SANTANDER
PO BOX 362589
San Juan, PR 00936-2589

BANK OF AMERICA
PO BOX 982238
El Paso, TX 79998-2235

CARLOS LOZADA
URB. VILLA CAROLINA
AVE. SANCHEZ OSORIO

CARMEN L. DIAZ MARRERO
URB. VILLA FONTANA
VIA 62 3BN7
Carolina, PR 00983

CLARO
PO BOX 70367
San Juan, PR 00936-8367

CMRE
3075 IMPERIAL HWY
SUITE 200
Brea, CA 92821

COX
P.O. Box 78071
Phoenix, AZ 85062-8071

HOME DEPOT
PO BOX 9001010
Louisville, KY 40290-1010

NAVY FEDERAL CREDIT UNION
PO BOX 3000
Merrifield, VA 22119-3000

PROGRESSIVE MANAGMENT SYSTEM
1521 WEST CAMERON AVENUE
West Covina, CA 91790

T-MOBILE
654 AVE MUNOZ RIVERA
SUITE 2
San Juan, PR 00918